IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

**DELANO WILSON,**
      **Plaintiff,**

                                      **CIVIL ACTION NO. 1:24-cv-83**
                                      **JUDGE THOMAS KLEEH**

**v.**

**UPPER CRUST FOOD SERVICE LLC,**
**a Missouri corporation,**
      **Defendant.**

## CORPORATE DISCLOSURE OF DEFENDANT

Pursuant to F R Civ P 7.1, a non-governmental corporate party, who is Upper Crust Food Service, LLC, makes the following disclosure:

1.      Is the party a non-governmental corporate party? **Yes.**

2.      If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation: **Upper Crust Holdings, LLC owns Upper Crust Food Service, LLC. Upper Crust Holdings, LLC is the parent company. Upper Crust Holdings, LLC is owned by Upper Crust Seller Holdings, Inc. and Copley UCFS AV, LLC.**

3.      If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation: **No such corporation.**

The undersigned party understands that under F R Civ P 7.1, they will promptly file a supplemental statement upon any change in the information that this statement requires.

Date: November 25, 2024

        **UPPER CRUST FOOD SERVICE LLC,**

        **By Counsel.**

        */s/ Brian J. Moore*
        Brian J. Moore (WV State Bar # 8898)
        Dinsmore & Shohl LLP
        P.O. Box 11887
        707 Virginia Street, East, Suite 1300
        Charleston, WV 25339-1887
        Telephone: (304) 357-0900
        Facsimile: (304) 357-0919
        brian.moore@dinsmore.com

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

**DELANO WILSON,**
    **Plaintiff,**

                            **CIVIL ACTION NO. 1:24-cv-83**
                            **JUDGE THOMAS KLEEH**

**v.**

**UPPER CRUST FOOD SERVICE LLC,**
a Missouri corporation,
    **Defendant.**

## CERTIFICATE OF SERVICE

I, Brian J. Moore, hereby certify that on the 25th day of November, 2024, I electronically filed the foregoing ***Corporate Disclosure of Defendant*** with the Clerk of the Court using the CM/ECF system, which electronically sends notice upon all counsel of record.

                Kirk Auvil
                Walt Auvil
         Employment Law Center, PLLC
            1208 Market Street
           Parkersburg, WV 26101
            *Counsel for Plaintiff*


              */s/ Brian J. Moore*
              Brian J. Moore (WV State Bar # 8898)